# UNITED STATES DISTRICT COURT
for the
## Northern District of Georgia

| | |
|---|---|
| Melanie Hogan Sluder and Ricky Shawn Curtis, Individually and as Independent Administrators of the Estate of Alexis Marie Sluder, Deceased, <br><br> *Plaintiff(s)* <br> v. <br> Rebecka Phillips, Maveis Brooks, Russell Ballard, David McKinney, Monica Headrick, Sharon Ellis, Gilmer County (a municipal corporation), <br><br> *Defendant(s)* | Civil Action No. <br><br> 4:24-cv-00181-WMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Rebecka Phillips
> 407 Buck Lane
> Chatsworth, GA 30705-5487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> The Boone Firm, P.C.
> c/o Harold Boone, Jr., Esq.
> 2881 Main Street, Suite 200
> East Point, GA 30344
> hboonejr@boonefirm.com
> (470) 765-6899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kevin P Weimer



CLERK OF COURT

Date: 7/23/2024

s/D. Burkhalter

*Signature of Clerk or Deputy Clerk*