# IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| Melanie Hogan Sluder and | ) | |
| Ricky Shawn Curtis, Individually | ) | |
| and as Independent Administrators | ) | |
| of the Estate of Alexis Marie Sluder, | ) | |
| Deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:24-cv-00181 |
| | ) | |
| v. | ) | |
| | ) | |
| Rebecka Phillips, et al, | ) | |
| | ) | |
| Defendants. | ) | |

### Motion to Enter an Electronically-Stored-Information (ESI) Protocol

Now come Plaintiffs, by and through their attorneys, moving this Honorable Court to enter Plaintiff's Proposed Confidentiality Order, attached hereto. Plaintiff states as follows:

Plaintiff seeks a protocol to govern the disclosure of Electronically-Stored Information (ESI). Rule 34(a) of the Federal Rules of Civil Procedure provides for the discovery of electronically stored information. R*eilly v. Chipotle Mexican Grill, Inc.*, No. 15-CV-23425, 2016 WL 10644064, at *10 (S.D. Fla. Sept. 26, 2016). Plaintiff expects that the majority of the records in this case have been stored electronically, and there will be very few "hard" or physical documents exchanged. Regardless of the cases expected discovery needs, however, ESI protocols are generally helpful in preventing future discovery disputes between counsel, which will be especially necessary in a case such as this where there are so many parties represented by different attorneys. *See e.g. Guy v. Absopure Water Co.*, No. 20-12734, 2021 WL 5511722 *2 (E.D. Mich. July 13, 2021). Accordingly, this protocol is

necessary to ensure that there are agreed-upon guidelines for the production of such records, which will help prevent unnecessary disputes and potential motion practice later in discovery.

As described in Plaintiff's Certificate of Conferral, *infra*, Plaintiff circulated a draft of the proposed protocol to all counsel. Counsel for Gilmer County, Sharon Ellis, Monica Headrick, David McKinney, and Rebeck Phillips indicated this protocol could be presented to the Court without objection. Plaintiff has not received a response from Maveis Brooks or Russell Ballard regarding their position.

Wherefore, Plaintiff respectfully requests that this Honorable Court enter Plaintiff's proposed ESI order, attached hereto.

/s/ Sam Harton
One of Plaintiff's Attorneys

Romanucci and Blandin, LLC
Sam Harton (pro hac vice)
Bhavani Raveendran (pro hac vice)
321 N. Clark St. Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: braveendran@rblaw.net
Email: sharton@rblaw.net

Harold Boone, Jr.
The Boone Firm, P.C.
100 Hartsfield Center Parkway
Suite 100
Atlanta, GA 30354
(470) 765-6899 (phone)
(470) 745-6047 (fax)

# CERTFICATE OF CONFERRAL

Sam Harton, hereby certify that I attempted to confer with the parties who have appeared in this litigation. On October 30, 2024, counsel for all parties, except Maveis Brooks (who had not appeared at the time), met via Zoom videoconference to confer on an ESI protocol. On November 7, 2023, counsel for Plaintiff circulated a proposed ESI protocol to all counsel, including Ms. Brooks' counsel, who had recently appeared. Undersigned counsel noted that if she did not receive objections within ten days, she would file with the understanding that the protocol was unopposed. The parties negotiated via email regarding the contents of the protocol, and undersigned counsel ultimately received confirmation from counsel for Gilmer County, Sharon Ellis, Monica Headrick, David McKinney, and Rebeck Phillips that the proposed protocol could be presented without objection. At the time of this filing, Plaintiff has not received confirmation from counsel for Maveis Brooks or Russell Ballard.

Dated: November 25, 2024

/s/ Sam Harton
One of Plaintiff's Attorneys

Romanucci and Blandin, LLC
Sam Harton (pro hac vice)
Bhavani Raveendran (pro hac vice)
321 N. Clark St. Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: braveendran@rblaw.net
Email: sharton@rblaw.net

Harold Boone, Jr.
The Boone Firm, P.C.
100 Hartsfield Center Parkway
Suite 100
Atlanta, GA 30354
(470) 765-6899 (phone)
(470) 745-6047 (fax)