## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| Melanie Hogan Sluder and | ) | |
| Ricky Shawn Curtis, Individually | ) | |
| and as Independent Administrators | ) | |
| of the Estate of Alexis Marie Sluder, | ) | |
| Deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:24-cv-00181 |
| | ) | |
| v. | ) | |
| | ) | |
| Rebecka Phillips, Maveis Brooks, | ) | |
| Russell Ballard, David McKinney, | ) | |
| Monica Headrick, Sharon Ellis, | ) | |
| Gilmer County (a municipal corporation), | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANTS

**TO:**     See attached "Service List."

**PLEASE TAKE NOTICE** that, on **December 5, 2024**, I have caused to be served a copy

of the following discovery requests directed to Defendants:

- Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Ballard
- Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Brooks
- Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Ellis
- Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Gilmer County
- Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Headrick
- Plaintiff's First Set of Interrogatories and Requests for Production to Defendant McKinney; and
- Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Phillips

Copies of the aforementioned have been served by electronic mail on all attorneys of record.

This **5**ᵗʰ day of **December**, 2024.

Respectfully submitted,

ROMANUCCI & BLANDIN, LLC

/s/Sam Harton

_____

Attorney for Plaintiff

Sam Harton (pro hac vice)
Bhavani Raveendran (pro hac vice)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St. Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: braveendran@rblaw.net
Email: sharton@rblaw.net

Harold Boone, Jr.
**THE BOONE FIRM, P.C.**
100 Hartsfield Center Parkway
Suite 100
Atlanta, GA 30354
(470) 765-6899 (phone)
(470) 745-6047 (fax)
hboonejr@boonefirm.com

*Attorneys for Plaintiff Melanie Sluder and
Ricky Shawn Curtis, Individually and as
Independent Administrators of the Estate
of Alexis Marie Sluder, Deceased.*

## CERTIFICATE OF SERVICE

I, Sam Harton, certify under penalties of perjury as provided by N.D. Ga. LR 5.4 that I served a copy of the above-mentioned discovery requests to all attorneys of record, via email on **December 5, 2024**.

ROMANUCCI & BLANDIN, LLC

/s/ Sam Harton

_____

Attorney for Plaintiff

**SERVICE LIST**

***Attorneys for Defendants, Sharon Ellis and Gilmer Couty***

Ryan L. Ray
Ronald R. Womack
**WOMACK, RODHAM & RAY, P.C.**
P.O. Box 549
109 East Patton Street
LaFayette, Georgia 30728
Tel: (706) 638-2234
Fax: (706) 638-3173
rray@wrrlawfirm.com
rwomack@wrrlawfirm.com

***Attorney for Defendant, David McKinney***

Garrett R. Greiner
**GANNAM GNANN & STEINMETZ, LLC**
Post Office Box 10085
Savannah, Georgia 31412
(912) 232-1192
ggreiner@ggsattorneys.com

***Attorney for Defendant, Rebecka Phillips***

Charles J. Cole
**MCRAE BERTSCHI & COLE LLC**
1872 Independence Square, Suite D
Dunwoody, Georgia 30338
678.999.1105
cjc@mcraebertschi.com

***Attorney for Defendant, Monica Headrick***

Timothy J. Buckley III
William Driggers
**BUCKLEY CHRISTOPHER & HENSEL, P.C.**
2970 Clairmont Road, NE
Attorney for Defendant Headrick
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com
wdriggers@bchlawpc.com

***Attorney for Defendant, Russell Ballard***

Annarita L. McGovern
**ANNARITA MCGOVERN LAW, LLC**
125 Stonemist Court
Roswell, Georgia 30076
(678) 488-6681
annarita@amcgovernlaw.com


***Attorney for Defendant, Maveis Brooks***

Noah Green
**HENEFELD & GREEN, P.C.**
3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com