## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| Melanie Hogan Sluder and<br>Ricky Shawn Curtis, Individually<br>and as Independent Administrators<br>of the Estate of Alexis Marie Sluder,<br>Deceased, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:24-cv-00181 |
| v. | ) ) | |
| Rebecka Phillips, et al, | ) ) | |
| Defendants. | ) | |

## MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT GILMER COUNTY

Pursuant to Federal Rule of Civil Procedure, Rule 41, Plaintiffs voluntarily dismiss their claims against only Gilmer County, in the above-captioned action. Plaintiffs dismissal is with prejudice. Defendant Gilmer County agrees to this dismissal and has agreed not to pursue costs, fees, or other relief associated with this litigation. All claims against remaining defendants in the above-captioned action remain.

***Attorneys for Plaintiffs, Melanie Hogan Sluder***
***and Ricky Shawn Curtis***

/s/ Sam Harton
Sam Harton (pro hac vice)
Bhavani Raveendran (pro hac vice)
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St. Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: braveendran@rblaw.net
Email: sharton@rblaw.net

Harold Boone, Jr.
**THE BOONE FIRM, P.C.**

100 Hartsfield Center Parkway
Suite 100
Atlanta, GA 30354
(470) 765-6899 (phone)
(470) 745-6047 (fax)
hboonejr@boonefirm.com