# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| MELANIE HOGAN SLUDER, et al.<br><br>    Plaintiff,<br><br>v.<br><br>REBECKA PHILLIPS, et al.,<br><br>    Defendants. | Civil Action File No.:<br>4:24-cv-00181-WMR |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

In accordance with LR 26.3(A), NDGa., I certify that on January 10, 2025, I served Plaintiffs with the following discovery materials:

1. *Defendant Sharon Ellis' Answers to Plaintiffs' First Interrogatories*; and

2. *Defendant Sharon Ellis' Responses to Plaintiff's First Requests for Production of Documents*.

These discovery materials have been served upon Plaintiffs by electronic means via email to Plaintiffs' counsel of record at: sharton@rblaw.net and hboonejr@boonefirm.com.

1

Submitted by:

WOMACK, RODHAM & RAY, P.C.

*/s/ Ryan L. Ray*
Georgia Bar No. 561765
rray@wrrlawfirm.com

P.O. Box 549
109 East Patton Street
LaFayette, Georgia 30728
Tel: (706) 638-2234
Fax: (706) 638-3173

OF COUNSEL FOR DEFENDANT
SHARON ELLIS

# CERTIFICATE OF SERVICE

On January 10, 2025, I electronically filed this *Certificate of Service of Discovery Materials* with the Clerk of Court using the CM/ECF which will automatically provide electronic service of this document to all counsel of record.

>Submitted by:
>
>WOMACK, RODHAM & RAY, P.C.
>
>*/s/ Ryan L. Ray*
>Georgia Bar No. 561765
>rray@wrrlawfirm.com

P.O. Box 549
109 East Patton Street
LaFayette, Georgia 30728
Tel: (706) 638-2234
Fax: (706) 638-3173

>OF COUNSEL FOR DEFENDANT
>SHARON ELLIS