UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| MELANIE HOGAN SLUDER and RICKY SHAWN CURTIS, Individually and as Independent Administrators of the Estate of Alexas Marie Sluder, Deceased,<br><br>     Plaintiffs,<br><br>v.<br><br>REBECKA PHILLIPS, MAVEIS BROOKS, RUSSELL BALLARD, SHARON ELLIS, DAVID MCKINNEY, MONICA HEADRICK, and GILMER COUNTY (a municipal corporation),<br><br>     Defendants.<br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NO.: 4:24-cv-00181-WMR |

## <u>RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY</u>

COMES NOW, Defendant Monica Headrick, by and through her undersigned

counsel, and pursuant to the Local Rules of the Northern District of Georgia Rule 5.4,

hereby files this Certificate of Service of Discovery showing the Court that the

following discovery was served:

1. DEFENDANT MONICA HEADRICK'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST CONTINUING INTERROGATORIES

2. DEFENDANT MONICA HEADRICK'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION

by delivering a .PDF copy of same by electronic mail to the email address for counsel

1

of record, based on the agreement of the parties as reflected in the Joint Preliminary

Report and Discovery Plan (Doc 39):

Harold Boone, Jr., Esq.
The Boone Firm P.C.
100 Hartsfield Center
Suite 100
Atlanta, Georgia 30354
hboonejr@boonefirm.com

Sam Harton, Esq.
Romanucci & Blandin, LLC
321 N. Clark St.
Chicago, IL 60654
sharton@rblaw.net

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III

2970 Clairmont Road NE        TIMOTHY J. BUCKLEY III
Suite 650                                    Georgia State Bar No. 092913
Atlanta, Georgia 30329          Attorney for Defendant Headrick
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com

2
