IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MELANIE HOGAN SLUDER AND RICKY SHAWN CURTIS, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATORS OF THE ESTATE OF ALEXIS MARIE SLUDER, DECEASED, <br><br> Plaintiffs, <br><br> v. <br><br> REBECKA PHILLIPS, MAVEIS BROOKS, RUSSELL BALLARD, DAVID MCKINNEY, MONICA HEADRICK, SHARON ELLIS, GILMER COUNTY (A MUNICIPAL CORPORATION), <br><br> Defendants. | Civil Action File No. 4:24-cv-00181-WMR |

## RULE 5.4 CERTIFICATE OF SERVICE

This will certify that this day the undersigned counsel for Defendant, Russell Ballard, served a copy of **DEFENDANT BALLARD'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIE** via email to counsel of record as follows:

| | |
|---|---|
| Harold Boone, Jr. <br> The Boone Firm, PC <br> 100 Hartsfield Center Parkway <br> Suite 100 <br> Atlanta, GA 30354 | Sam Harton <br> Bhavani Raveendran <br> Romanucci and Blandin, LLC <br> 321 N. Clark Street <br> Chicago, IL 60654 |

1

<table>
<tr><td>

hboonejr@boonefirm.com
*Counsel for Plaintiff*

Timothy J. Buckley III
Buckley Christopher & Hensel, PC
2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia 30329
tbuckley@bchlawpc.com
*Counsel for Defendant Headrick*

Ronald R. Womack
Ryan L. Ray
Womack, Rodham & Ray, PC
PO Box 549
109 East Patton Street
LaFayette, Georgia 30728
rwomack@wrrlawfirm.com
rray@wrrlawfirm.com
*Counsel for Defendants Gilmer County and Sharon Ellis*

</td><td>

sharton@rblaw.net
braveendran@rblaw.net
*Counsel for Plaintiff*

Charles J. Cole
McCrae Bertschi & Cole, LLC
1872 Independence Square
Suite D
Dunwoody, Georgia 30338
cjc@mcraebertschi.com
*Counsel for Defendant Phillips*

Garrett R. Greiner
Gannan Gnann & Steinmetz, LLC
PO Box 10085
Savannah, Georgia 31412
ggreiner@ggsattorneys.com
*Counsel for Defendant McKinney*

</td></tr>
</table>

.   This 24th day of January, 2025.

          **ANNARITA MCGOVERN LAW, LLC**

          /s/ Annarita L. McGovern
          ANNARITA L. MCGOVERN
          Georgia Bar No. 098141
          *Counsel for Defendant Russell Ballard*

125 Stonemist Court
Roswell, Georgia 30076
(678) 488-6681
annarita@amcgovernlaw.com