# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| Melanie H. Sluder and Ricky S. Curtis, Individually and as Independent Administrators of the Estate of Alexis M. Sluder, Deceased,<br><br>    *Plaintiffs*,<br>v.<br><br>Rebecka Phillips et al.<br><br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO.<br>§ 4:24-cv-00181-WMR<br>§<br>§<br>§<br>§ |

## CERTIFICATE OF SERVICE

This is to certify that I have served counsel of record with a copy of **Defendant Brooks' Objections and Responses to Plaintiff's Interrogatories and Requests for Production** by serving same using electronic mail at the email address that each respective counsel has on record with the Court.

This 28th day of January, 2025.

                                                            HENEFELD & GREEN, P.C.

                                                            /s/ Noah Green
                                                            Noah Green
                                                             Georgia Bar No. 468138
                                                            *Attorney for Defendant Brooks*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com