**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| MELANIE HOGAN SLUDER and RICKY SHAWN CURTIS, Individually and as Independent Administrators of the ESTATE OF ALEXIS MARIE SLUDER, Deceased,<br><br>            *Plaintiffs,*<br>      vs.<br><br>REBECKA PHILLIPS, MAVEIS BROOKS, RUSSELL BALLARD, DAVID MCKINNEY, MONICA HEADRICK, SHARON ELLIS, and GILMER COUNTY (A MUNICIPAL CORPORATION),<br><br>            *Defendants.* | Civil Action File No.<br>4:24-CV-00181-WMR |

**CERTIFCATE OF SERVICE OF DISCOVERY**

This certifies pursuant to Fed. R. Civ. P. 5 that I have served a copy of Defendant David McKinney's Objections and Responses to Plaintiffs' First Interrogatories and Requests for Production on all counsel of record by serving same using electronic mail at the email address that each respective counsel has on record with the Court.

This <u>29th</u> day of January, 2025.

                                          GANNAM GNANN & STEINMETZ LLC

                                          /s/ Garrett R. Greiner
Post Office Box 10085                     GARRETT R. GREINER
Savannah, Georgia 31412                   Georgia State Bar No. 874451
(912) 232-1192
ggreiner@ggsattorneys.com                 *Attorney for Def. David McKinney*