IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| MELANIE HOGAN SLUDER, and | * | |
| RICKY SHAWNN CURTIS, | * | |
| Individually and as Independent | * | |
| Administrators of the Estate of Alexis | * | |
| Marie Sluder, Deceased | * | CIVIL ACTION FILE |
| | * | No. 4:24-cv-00181-WMR |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| REBECKA PHILLIPS, et al., | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR ENTRY OF PROPOSED PROTECTIVE ORDER AND BRIEF IN SUPPORT THEREOF

The Georgia Bureau of Investigation (GBI) and the Georgia Department of Juvenile Justice (DJJ), non-parties to this action, move for entry of a protective order regarding materials subpoenaed by Plaintiffs in this action. In support of the motion, GBI and DJJ show the following:

1. Plaintiffs filed the above-captioned action under 42 U.S.C. § 1983, alleging that the defendants violated the Fourteenth Amendment of the United States Constitution in connection with the death of Alexis Marie Sluder on August 27, 2022.

1

2. Plaintiffs served GBI and DJJ, non-parties to this action, with subpoenas seeking production of records, documents, investigative files, video(s), and other materials relating to the death of Ms. Sluder.

3. GBI served Plaintiffs with objections to the subpoena, in part based upon their identification of the records in question as being potentially subject to the protections of defined child abuse records under state law, which precludes or limits disclosure of such records except under certain statutorily specified circumstances, *see* O.C.G.A. §§ 15-11-40, 49-5-40, and in part based on the pending status of the ongoing investigation and pending criminal prosecution into the death of Ms. Sluder.

4. Counsel for GBI and DJJ have agreed to produce materials responsive to the subpoena, including objected to materials, provided the use of confidential or otherwise protected information is limited as set forth in the attached proposed protective order (*see* Exhibit A).

5. Entry of the proposed order will facilitate the exchange of the subpoenaed records while preserving confidentiality and the privacy of those whose personal, medical, investigative, or other information is included in the records.

6. Entry of the proposed order will permit GBI and DJJ, as well as the parties, to designate as confidential materials that contain personal identity

information, information protected from disclosure by state statute, or materials that are otherwise properly so designated.

7. Entry of the proposed order will facilitate conferral amongst the parties and producing non-parties regarding related disputes, and provide for motion practice, if necessary, to resolve disagreement about what is confidential.

8. Counsel for GBI and DJJ has consulted with counsel for Plaintiffs and informed her that the parties are willing to produce responsive materials if and when a protective order is in place.

9. Counsel for Plaintiffs has informed counsel for GBI and DJJ that she is agreeable to the terms of the proposed protective order, a copy of which is attached hereto.

## CONCLUSION

For the foregoing reasons, GBI and DJJ respectively request that the Court grant its motion and enter the attached proposed protective order as an order of this Court.

Respectfully submitted,

CHRISTOPHER M. CARR        112505
Attorney General

BETH A. BURTON             027500
Deputy Attorney General

|  |  |
|---|---|
| */s/ Elizabeth M. Crowder*<br>ELIZABETH M. CROWDER<br>Senior Assistant Attorney General | 100809 |
| */s/ Deborah Nolan Gore*<br>DEBORAH NOLAN GORE<br>Senior Assistant Attorney General | 437340 |

Please Address All
Communications To:
Elizabeth M. Crowder
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 458-4323
ecrowder@law.ga.gov

4

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1, I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

/s/Elizabeth M. Crowder
ELIZABETH M. CROWDER
Georgia Bar No. 100809

**CERTIFICATE OF SERVICE**

I do hereby certify that, on February 13, 2025, I have filed the foregoing using the Court's electronic filing system, which will automatically serve all counsel of record in the case, and I have this same day served the foregoing pleading via electronic mail to the following:

Sam Harton
sharton@rblaw.net

Bhavani Raveendran
braveendran@rblaw.net

Harold Boone, Jr.
hboonejr@boonefirm.com

Charles Cole
Cjc@mcraebertschi.com

Annarita McGovern
Annarita@amcgovernlaw.com

Garrett R. Greiner
Ggreiner@ggsattorneys.com

Timothy Buckley
tbuckley@bchlawpc.com

Ronald Womack
rwomack@wrrlawfirm.com

Ryan Ray
rray@wrrlawfirm.com

/s/Elizabeth M. Crowder
ELIZABETH M. CROWDER   100809