IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| MELANIE HOGAN SLUDER, and | * | |
| RICKY SHAWNN CURTIS, | * | |
| Individually and as Independent | * | |
| Administrators of the Estate of Alexis | * | |
| Marie Sluder, Deceased | * | CIVIL ACTION FILE |
| | * | No. 4:24-cv-00181-WMR |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | |
| REBECKA PHILLIPS, et al., | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF WITHDRAW OF MOTION FOR *IN CAMERA* INSPECTION**

Plaintiffs filed the above-captioned action under 42 U.S.C. § 1983, alleging that the defendants violated the Fourteenth Amendment of the United States Constitution in connection with the death of Alexis Marie Sluder on August 27, 2022. GBI and DJJ, non-parties to this action, were served by Plaintiff with subpoenas seeking production of seeking records, documents, investigative files, video(s), and other materials relating to the death of Ms. Sluder. In response to the subpoena, GBI served Plaintiffs with objections, in part based upon their identification of the records in question as being subject to the protections of defined child abuse records under state law, which precludes or limits disclosure of such records except under certain statutorily specified circumstances, *see* O.C.G.A. §§

1

15-11-40, 49-5-40, and in part based on the pending status of the ongoing criminal investigation and prosecution into the death of Ms. Sluder.

After consultation with counsel for Plaintiffs, GBI has agreed to produce materials responsive to the subpoena, including objected to materials, provided the parties agree to limit and protect the use of confidential or otherwise protected information. A motion and proposed protective order have been submitted to the Court for review and consideration. Should the motion be granted, the need for an *in camera* inspection of the records will be obviated. Accordingly, GBI hereby notices the Court and the parties of its desire to withdraw its motion for *in camera* inspection of records. Nothing contained herein is intended to limit the rights and duties of GBI in the event the Court denies the pending motion for protective order.

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| BETH A. BURTON<br>Deputy Attorney General | 027500 |
| */s/ Elizabeth M. Crowder*<br>ELIZABETH M. CROWDER<br>Senior Assistant Attorney General | 100809 |
| */s/ Deborah Nolan Gore*<br>DEBORAH NOLAN GORE | 437340 |

Please Address All
Communications To:
Elizabeth M. Crowder
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 458-4323
ecrowder@law.ga.gov

## CERTIFICATE OF SERVICE

I do hereby certify that, on February 14, 2025, I filed the foregoing using the Court's electronic filing system, which will automatically serve all counsel of record in the case, and I have this same day served the foregoing pleading via electronic mail to the following:

Sam Harton
sharton@rblaw.net

Bhavani Raveendran
braveen@rblaw.net

Harold Boone, Jr.
hboonejr@boonefirm.com

Charles Cole
Cjc@mcraebertschi.com

Annarita McGovern
Annarita@amcgovernlaw.com

Garrett R. Greiner
Ggreiner@ggsattorneys.com

Timothy Buckley
tbuckley@bchlawpc.com

Ronald Womack
rwomack@wrrlawfirm.com

Ryan Ray
rray@wrrlawfirm.com

                                  */s/Elizabeth M. Crowder*
                                  ELIZABETH M. CROWDER     100809