# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| Melanie Hogan Sluder et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 4:24-cv-00181 |
| ) | |
| v. ) | |
| ) | |
| Rebecka Phillips, et al, ) | |
| ) | |
| Defendants. ) | |

## Consent Motion for Extension of Time

Plaintiffs, by and through their attorneys, move this Honorable Court to extend their time to file a Response to the Whitfield County District Attorney's Motion to Quash Subpoena (ECF 77) and a Reply in Support of their Motion to Compel (ECF 63).

On January 22, 2025, Plaintiffs filed a Motion to Compel against the Georgia Bureau of Investigation (GBI)[1] and the Whitfield County District Attorney (Whitfield DA). ECF 63. On February 14, 2025, the Whitfield DA filed a response, 76, and a related Motion to Quash, ECF 77. Pursuant to Local Rule 7.1, Plaintiffs' Reply re the Motion to Compel and Response to the Motion to Compel are due 14 days subsequent to those filings, February 28, 2025.

Plaintiffs' lead counsel has experienced illness this week, which has interfered with their ability to finalize the briefing due by February 28, 2025. Undersigned counsel emailed all defense counsel and counsel for the Whitfield DA at 1:17 p.m. on February 27, 2025, to request a seven-day extension to file their briefing. The Whitfield DA's counsel indicated he did not object to the short

---

[1] Since filing the Motion, Plaintiffs have continued to confer with GBI and have come to an agreement regarding the disclosure of responsive documents pending the entry of a protective order. See ECF 73, 75, 79. Plaintiff has requested a conference with the Court via a letter to chambers to address the various outstanding issues associated with that subpoena and the current status of discovery. The instant motion is limited to the current discovery dispute between Plaintiffs and the Whitfield DA.

1

extension and no other counsel raised an objection. There is good cause to extend this deadline, and this motion is not brought in bad faith or to cause delay.

Wherefore, Plaintiffs respectfully request this Court allow the Plaintiffs seven additional days to file a Reply re Plaintiffs' Motion to Compel and a Response to the Whitfield DA's Motion to Quash such that they are due on March 7, 2025.

/s/ Sam Harton

One of Plaintiff's Attorneys

Romanucci and Blandin, LLC
Sam Harton (pro hac vice)
Bhavani Raveendran (pro hac vice)
321 N. Clark St. Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: braveendran@rblaw.net
Email: sharton@rblaw.net

Harold Boone, Jr.
The Boone Firm, P.C.
100 Hartsfield Center Parkway
Suite 100
Atlanta, GA 30354
(470) 765-6899 (phone)
(470) 745-6047 (fax)