IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Melanie Hogan Sluder and Ricky Shawn Curtis, Individually and as Independent Administrators of the Estate of Alexis Marie Sluder, Deceased<br><br>*Plaintiffs,*<br>v.<br><br>Rebecka Phillips, Maveis Brooks, Russell Ballard, David McKinney, Monica Headrick, Sharon Ellis, Gilmer County (a municipal corporation)<br><br>*Defendants.* | Case No.: 4:24cv-00181-WMR |

## Consent Motion to Stay Briefing Schedule and Enter an Expedited Ruling

COME NOW Plaintiffs, by and through their attorneys, bringing this consent Motion to Stay the Briefing Schedule of Plaintiffs' Motion to Compel the Whitfield County District Attorneys (ECF 63) and the Whitfield County District Attorney's Motion to Quash (ECF 77), and to Enter and Expedited Ruling on the Georgia Bureau of Investigation's Motion for Protective Order (ECF 75). Plaintiff states as follows:

Plaintiffs have served subpoenas duces tecum (the Subpoenas) on the Georgia Department of Juvenile Justice (DJJ), the Georgia Bureau of Investigation (GBI), and the Whitfield County District Attorney's Office (Whitfield DA). The Subpoenas request, generally, all records in their possession which relate to the death of Alexis Sluder. (ECF 63, Ex. 2). Plaintiff has filed a Motion to Compel against the Whitfield DA and the GBI concerning the Subpoenas (ECF 63). The Whitfield DA filed its Response to the Motion to Compel (ECF 76) and its Motion to Quash the Subpoenas (ECF 77) raising certain objections.

The GBI has not filed a Response to the Motion to Compel but initially filed a Motion for In Camera Review of certain records requested in the Subpoenas (ECF 67) but has since withdrawn said

Motion (ECF 79). The GBI subsequently filed a Motion for Protective Order and proposed Protective Order (ECF 75, Ex. 1) which has not been ruled upon by the Court. No party has filed any objection to the entry of the proposed Protective Order.

Since filing the Motion to Compel, Plaintiffs, the GBI and the Whitfield DA have conferred and made significant progress in resolving any discovery disputes. Both the GBI and the Whitfield DA have provided assurance that they will produce all non-privileged documents upon the Court's entry of the Protective Order and will provide a privilege log concerning any documents withheld pursuant to the attorney client privilege or work product doctrine (to the extent any exist).

Based upon the foregoing, and given that discovery presently expires on May 16, 2025, Plaintiffs request that the Court issue an expedited ruling to enter the grant the GBI's Motion (ECF 75), enter the Proposed Protective Order (ECF 75, Ex. 1) and Stay further briefing and any ruling on Plaintiff's Motion to Compel (ECF 63) and the Whitfield DA's Motion to Quash (ECF 77). The Whitfield DA has no opposition to this Motion.

WHEREFORE, in the interests of justice and being mindful of the Court's time and resources, Plaintiffs respectfully request the following relief:

1. The briefing and any ruling on Plaintiff's Motion to Compel (ECF 63) and the Whitfield DA's Motion to Quash (ECF 77) be stayed until the GBI's Motion for Protective Order (ECF 75) is ruled upon;

2. That if the Motion for Protective Order (ECF 75) is granted, the Whitfield DA must furnish all records responsive to the Subpoenas within a time certain set by the Court after entry of the Protective Order (ECF 75, Ex. 1) and if any records are withheld on the basis of privilege or work product, a privilege log must be furnished with the response that complies with Fed. R. Civ. P. 45(e);

3. That if the Motion for Protective Order (ECF 75) is denied, Plaintiffs shall respond to the Motion to Quash (ECF 77) and file any reply supporting the Motion to Compel within a time certain set by the Court in its Order..

4. That the GBI's Motion for Protective Order (ECF 75) be granted and the proposed Protective Order (ECF 75, Ex. 1) be entered on an expedited basis.

/s/ Sam Harton
One of Plaintiff's Attorneys
Romanucci and Blandin, LLC
Sam Harton (pro hac vice)
Bhavani Raveendran (pro hac vice)
321 N. Clark St. Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sharton@rblaw.net

Harold Boone, Jr.
The Boone Firm, P.C.
100 Hartsfield Center Parkway
Suite 100
Atlanta, GA 30354
(470) 765-6899 (phone)
(470) 745-6047 (fax)

/s/ C. Chad Young
Attorney for the Whitfield DA
Patty & Young Attorneys at Law, LLC
P.O. Box 727
7731 Nashville Street
Ringgold, Georgia 30736
Phone: (706) 935-9100
Fax: (706) 935-6022
chadyoung@pattylaw.com