IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Melanie Hogan Sluder and Ricky Shawn Curtis, Individually and as Independent Administrators of the Estate of Alexis Marie Sluder, Deceased | : : : : Case No.: 4:24cv-00181-WMR : |
| *Plaintiffs,* | : |
| v. | : : |
| Rebecka Phillips, Maveis Brooks, Russell Ballard, David McKinney, Monica Headrick, Sharon Ellis, Gilmer County (a municipal corporation) | : : : : : |
| *Defendants.* | : : |

## Order

Before the Court is Plaintiff's Consent Motion to Stay Briefing Schedule and Enter an Expedited Ruling. Due notice having been given and the Court duly advised in the premises.

IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Compel (ECF 63) and the Whitfield DA's Motion to Quash (ECF 77) is stayed until the GBI's Motion for Protective Order (ECF 75) is ruled upon;

2. The Motion for Protective Order (ECF 75) is granted and Whitfield DA must furnish all records responsive to the Subpoenas within a time certain set by the Court after entry of the Protective Order (ECF 75, Ex. 1) and if any records are withheld on the basis of privilege or work product, a privilege log must be furnished with the response that complies with Fed. R. Civ. P. 45(e);

3. If the Motion for Protective Order (ECF 75) is denied, Plaintiffs shall respond to the Motion to Quash (ECF 77) and file any reply supporting the Motion to Compel within a time certain set by the Court in its Order.

4. GBI's Motion for Protective Order (ECF 75) is granted and the proposed Protective Order (ECF 75, Ex. 1) is entered on an expedited basis.

**IT IS SO ORDERED**, this the _____ day of _____, 2025.

_____
THE HONORABLE WILLIAM M. RAY, II
UNITED STATES DISTRICT COURT JUDGE