# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

## 4:24-cv-00181-WMR
## Sluder et al v. Phillips et al
## Honorable William M. Ray, II

Minute Sheet for proceedings held Remotely on 04/01/2025.

TIME COURT COMMENCED: 1:00 P.M.
TIME COURT CONCLUDED: 1:45 P.M.　　COURT REPORTER: Geraldine Glover
TIME IN COURT: 00:45　　DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**
Sam Harton representing Melanie Hogan Sluder and Ricky Shawn Curtis
William Driggers representing Monica Headrick
Charles Cole representing Rebecka Phillips
Elizabeth Crowder representing GBI
Noah Green representing Maveis Brooks
Garrett Greiner representing David McKinney
Annarita McGovern representing Russell Ballard
Ryan Ray representing Gilmer County and Sharon Ellis
C. Young representing Whitfield County DA

**PROCEEDING CATEGORY:** Motion Hearing(Motion Hearing Non-evidentiary)

**MOTIONS RULED ON:**
[30]Motion to Dismiss for Failure to State a Claim DENIED
[63]Motion to Compel TERMINATED MOOT
[75]Motion for Protective Order GRANTED
[77]Motion to Quash TERMINATED MOOT
[82]Motion to Stay TERMINATED
[85]Motion for Extension of Time TERMINATED Any responses are due on or before April 25th
[87]Motion for Extension of Time TERMINATED Any Responses are due on or before April 25th

MINUTE TEXT:   Court held video hearing. The Court denies the Motion to Dismiss [Doc 30]; however Defendant has until Friday, April 4, 2025 to file with leave the Motion to Stay which was included within the Motion to Dismiss. Any response to the Motion to Stay being filed by April 4, 2025 will be due on April 25, 2025. For continuity, the Court extends all response deadlines for pending Motions to Stay [Doc 86 and Doc 88] to now be due on or before April 25, 2025, therefore Motions for Extension of Time [Doc 85 and Doc 87 are TERMINATED]. The Motion for Protective Order [Doc 75] is GRANTED and will be entered under separate entry. The Motion to Compel [Doc 63] is Terminated as Moot, the Motion to Quash [Doc 77] is Terminated as Moot and the Motion to Stay [Doc 82] is Terminated as Moot. Court will also enter separate Order to extend discovery.