IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| MELANIE HOGAN SLUDER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 4:24-cv-00181-WMR |
| | ) | |
| REBECKA PHILLIPS, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The cause coming before the Court and having been duly considered, the Court hereby ORDERS as follows:

1. The non-party Georgia Bureau of Investigation's Motion for Protective Order (ECF 75) is **GRANTED** and the Protective Order is entered.

2. The Georgia Bureau of Investigation and the Whitfield County District Attorney shall furnish all records responsive to Plaintiff's subpoenas on or before April 11, 2025. If any records are withheld on the basis of privilege, the Georgia Bureau of Investigation and/or the Whitfield County District Attorney shall furnish a privilege log that complies with Fed. R. Civ. P. 45(e) at the time they provide responsive records.

1

3. Plaintiff's Consent Motion for Extension to the Discovery Schedule (ECF 85), erroneously terminated in Minute Order, is **GRANTED**. Discovery closes on August 18, 2025. Summary Judgment Motions are due on September 17, 2025.

4. Plaintiff's Motion to Compel (ECF 63) and non-party Whitfield County District Attorney's Motion to Quash (ECF 77) are **DENIED as MOOT**.

SO ORDERED, this 1st day of April, 2025.

*William M. Ray II*

_____
WILLIAM M. RAY, II
United States District Court Judge
Northern District of Georgia