UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MELANIE HOGAN SLUDER and )<br>RICKY SHAWN CURTIS, Individually and )<br>as Independent Administrators of the Estate )<br>of Alexas Marie Sluder, Deceased, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>REBECKA PHILLIPS, MAVEIS BROOKS, )<br>RUSSELL BALLARD, SHARON ELLIS, )<br>DAVID MCKINNEY, MONICA )<br>HEADRICK, and GILMER COUNTY (a )<br>municipal corporation), )<br>)<br>    Defendants. ) | CIVIL ACTION FILE NO.:<br>4:24-cv-00181-WMR |

## **ORDER**

Having read and considered the DEFENDANT MONICA HEADRICK'S MOTION TO STAY DISCOVERY AND BRIEF IN SUPPORT pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.3 and having considered the pleadings and taking notice of the applicable and controlling law, Defendant's Motion to Stay until the parallel criminal matter is resolved is hereby GRANTED.

SO ORDERED this _____ day of _____, 2025.

_____
WILLIAM M. RAY, II
U.S. DISTRICT COURT JUDGE

1