UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MELANIE HOGAN SLUDER and ) <br> RICKY SHAWN CURTIS, Individually and ) <br> as Independent Administrators of the Estate ) <br> of Alexas Marie Sluder, Deceased, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> REBECKA PHILLIPS, MAVEIS BROOKS, ) <br> RUSSELL BALLARD, SHARON ELLIS, ) <br> DAVID MCKINNEY, MONICA ) <br> HEADRICK, and GILMER COUNTY (a ) <br> municipal corporation), ) <br>   ) <br>   Defendants. ) | CIVIL ACTION FILE NO.: <br> 4:24-cv-00181-WMR |

## RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

COMES NOW, Defendant Monica Headrick, by and through their undersigned counsel, and pursuant to the Local Rules of the Northern District of Georgia Rule 5.4, hereby files this Certificate of Service of Discovery showing the Court that the following discovery was served:

1. DEFENDANT MONICA HEADRICK'S FIRST CONTINUING INTERROGATORIES TO PLAINTIFF

2. DEFENDANT CITY OF BROOKHAVEN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

by delivering a .PDF copy of same by electronic mail to the email address for counsel

1

of record, based on the agreement of the parties as reflected in the Joint Preliminary Report and Discovery Plan (Doc 39):

Harold Boone, Jr., Esq.
The Boone Firm P.C.
100 Hartsfield Center
Suite 100
Atlanta, Georgia 30354
hboonejr@boonefirm.com

Sam Harton, Esq.
Romanucci & Blandin, LLC
321 N. Clark St.
Chicago, IL 60654
sharton@rblaw.net

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383754
Attorneys for Defendants

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com