# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Melanie Hogan Sluder et al., | ) | |
| Plaintiffs, | ) | Case No. 4:24-cv-00181 |
| v. | ) | Judge: William M. Ray, II |
| Rebecka Phillips, et al, | ) | Magistrate Judge: Mark A. Beatty |
| Defendants. | ) | |

### Plaintiffs' Motion for Extension to Reply to Defendants' Motions for Stay Discovery

Plaintiffs, by and through their attorneys, move this Honorable Court to allow five additional days to respond to Defendants' Motions to Stay Discovery, ECFs 86, 88, 92.

Defendants McKinney, Brooks, and Headrick have filed motions to partially stay discovery in this case. ECFs 86, 88, 92. This Court ordered Plaintiff to respond to these motions by April 25, 2025 (the day of this filing). At approximately 8:30 a.m. on the morning of April 25, 2025, undersigned counsel learned of a death in her family. Accordingly, there is good cause to provide Plaintiffs with a brief extension to finalize their responses to these motions. Undersigned counsel notified counsel for Defendants at approximately 9 a.m. that she would be requesting this extension and inquired whether there would be any objection but has not received any response.

Plaintiffs respectfully request that the deadline be extended five days to April 30, 2025.

Respectfully submitted,

/s/ Sam Harton
One of Plaintiff's Attorneys
Romanucci and Blandin, LLC
Sam Harton (pro hac vice)
321 N. Clark St. Chicago, IL 60654
Tel: (312) 458-1000
Email: sharton@rblaw.net

Harold Boone, Jr.
The Boone Firm, P.C.
100 Hartsfield Center Parkway
Suite 100
Atlanta, GA 30354
(470) 765-6899 (phone)
hboonejr@boonefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Sam Harton

*Plaintiffs Attorneys*

Sam Harton (pro hac vice)
Romanucci and Blandin, LLC
321 N. Clark St. Chicago, IL 60654
Tel: (312) 458-1000
Email: sharton@rblaw.net

Harold Boone, Jr.
The Boone Firm, P.C.
100 Hartsfield Center Parkway
Suite 100
Atlanta, GA 30354
(470) 765-6899 (phone)
hboonejr@boonefirm.com