# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| Melanie Hogan Sluder et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 4:24-cv-00181 |
| ) | |
| v. ) | |
| ) | |
| Rebecka Phillips, et al, ) | |
| ) | |
| Defendants. ) | |

## Order

Before the Court is Plaintiff's Motion for Leave to file their First Amended Complaint. Due notice having been given and the Court duly advised in the premises.

IT IS HEREBY ORDERED that Plaintiff is granted leave to file a their First Amended Complaint.

**IT IS SO ORDERED**, this the ___ day of _____ 2025.

_____
THE HONORABLE WILLIAM M. RAY, II
UNITED STATES DISTRICT COURT JUDGE