## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| MELANIE HOGAN SLUDER, et al. | |
| Plaintiff, | |
| v. | Civil Action File No.: 4:24-cv-00181-WMR |
| REBECKA PHILLIPS, et al., | |
| Defendants. | |

## DEFENDANT SHARON ELLIS'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

On May 16, 2025, Plaintiffs filed a motion seeking leave to amend their complaint.[1] Although the proposed amendment appears to be untimely given the Court's adoption of the parties' joint preliminary report and discovery plan,[2] Defendant Sharon Ellis does not oppose the motion for leave to amend.

---

[1] *See* Doc. 100.

[2] In the Joint Preliminary Report and Discovery Plan ("JPR") [Doc. 39 at p. 5, Sec. 6.(a)], Plaintiffs proposed a fourteen-day deadline for amending the pleadings from entrance of the Scheduling Order, which was entered on October 21, 2024, and approved the parties JPR [Doc. 48].

1

Respectfully submitted by:

WOMACK, RODHAM & RAY, P.C.

*/s/ Ronald R. Womack*
Georgia Bar No. 773650
rwomack@wrrlawfirm.com

*/s/ Ryan L. Ray*
Georgia Bar No. 561765
rray@wrrlawfirm.com

P.O. Box 549
109 East Patton Street
LaFayette, Georgia 30728
Tel: (706) 638-2234
Fax: (706) 638-3173

ATTORNEYS FOR DEFENDANT
SHARON ELLIS

## LR 7.1(D), NDGa. CERTIFICATION

In accordance with LR 7.1(D), I certify that this document has been prepared with 14-point Times New Roman font in compliance with LR 5.1(C), NDGa.

Submitted by:

WOMACK, RODHAM & RAY, P.C.

*/s/ Ryan L. Ray*
Georgia Bar No. 561765
rray@wrrlawfirm.com

P.O. Box 549
109 East Patton Street
LaFayette, Georgia 30728
Tel: (706) 638-2234
Fax: (706) 638-3173

OF COUNSEL FOR DEFENDANT
SHARON ELLIS

3

## CERTIFICATE OF SERVICE

On May 20, 2025, I electronically filed *Defendant Sharon Ellis's Response to Plaintiffs' Motion for Leave to Amend* with the Clerk of Court using the CM/ECF which will automatically provide electronic service of this document to all counsel of record.

Submitted by:

WOMACK, RODHAM & RAY, P.C.

*/s/ Ryan L. Ray*
Georgia Bar No. 561765
rray@wrrlawfirm.com

P.O. Box 549
109 East Patton Street
LaFayette, Georgia 30728
Tel: (706) 638-2234
Fax: (706) 638-3173

OF COUNSEL FOR DEFENDANT
SHARON ELLIS