IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| MELANIE HOGAN SLUDER and RICKY SHAWN CURTIS, Individually and as Independent Administrators of the ESTATE OF ALEXIS MARIE SLUDER, Deceased, | § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action File No. 4:24-CV-00181-WMR |
| MAVEIS BROOKS *et al.* | § § | |
| *Defendants*. | § | |

## Defendant Brooks' Consent Motion for an Extension of Time to Answer Plaintiff's Amended Complaint

COMES NOW, Defendant Maveis Brooks with her Consent Motion for an Extension of Time to Answer Plaintiff's Amended Complaint, as set forth below. Plaintiff consents to the extension.

Defendant Brooks, in good faith, seeks an extension of time to Answer Plaintiff's Amended Complaint. Defendant's Answer is currently due June 26, 2025. In order to prepare an Answer to the Amended Complaint, Defendant Brooks requests that her deadline for responding be extended through July 8, 2025.

1

Defendant's counsel has contacted Plaintiff's counsel regarding the requested extension. Plaintiff's counsel has consented to the requested extension for the deadline until July 8, 2025.

The case is not currently on any pre-trial calendar, discovery is ongoing, and some discovery has been stayed. Therefore, the granting of this extension will not require the rescheduling of any timing orders or published calendar. A proposed order is attached for the Court's convenience.

This 26th day of June, 2025.

                                          HENEFELD & GREEN, P.C.

                                          /s/ Noah Green
                                          Noah Green
                                          Georgia Bar No. 468138
                                          *Attorney for Defendant Brooks*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all counsel of record with a copy of **Defendant Brooks' Consent Motion for an Extension of Time to Answer Plaintiff's Amended Complaint** by filing same with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This 26th day of June, 2025.

                                                     HENEFELD & GREEN, P.C.

                                                     /s/ Noah Green
                                                   Noah Green
                                                   Georgia Bar No. 468138
                                                 *Attorney for Defendant Brooks*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com

# **CERTIFICATE OF SERVICE**

I hereby certify that I have, this day, served the Privilege Log of Maveis Brooks, using electronic mail to each attorney of record and sent to the electronic mail address each has on file with the Court.

This 28th day of March 2025.

                                          **HENEFELD & GREEN, P.C.**

                                          /s/ Noah Green
                                          Noah Green
                                          Georgia Bar No. 468138
                                          *Attorney for Defendant Brooks*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com