## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

MELANIE HOGAN SLUDER and
RICKY SHAWN CURTIS, Individually
and as Independent Administrators
of the ESTATE OF ALEXIS MARIE
SLUDER, Deceased,

         *Plaintiffs*,

    vs.

REBECKA PHILLIPS, MAVEIS
BROOKS, RUSSELL BALLARD,
DAVID MCKINNEY, MONICA
HEADRICK, SHARON ELLIS, and
GILMER COUNTY (A MUNICIPAL
CORPORATION),

        *Defendants*.

Civil Action File No.
4:24-CV-00181-WMR

## DEFENDANT DAVID MCKINNEY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT

**NOW COMES** DAVID MCKINNEY, a Defendant in the above-styled action (hereafter "Defendant" or "McKinney"), and files his Answer and Affirmative Defenses to Plaintiffs' First Amended Complaint, showing as follows:

## FIRST DEFENSE

Plaintiffs' First Amended Complaint, in whole or in part, fails to state a claim against Defendant McKinney upon which relief may be granted.

## SECOND DEFENSE

To the extent that some or all of Plaintiffs' claims against Defendant McKinney are based on theories of negligence, Plaintiffs' Amended Complaint fails to state a claim under 42 U.S.C. § 1983.

## THIRD DEFENSE

Plaintiffs cannot prevail on their 42 U.S.C. § 1983 claims against Defendant McKinney because at no time during the alleged events giving rise to the instant action did Defendant McKinney act with the intent to harm or injure Plaintiffs, nor did he act in such a way which could be construed as reckless or callous disregard for Plaintiffs' constitutional rights.

## FOURTH DEFENSE

Plaintiffs' claims asserted in their First Amended Complaint against Defendant McKinney are barred by the doctrines of qualified immunity, official immunity, and/or sovereign immunity.

## FIFTH DEFENSE

To the extent that Plaintiffs' First Amended Complaint names Defendant McKinney, expressly or implicitly, in his official capacity as an agent or actor of the State, he asserts the affirmative defense of sovereign immunity.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **2** of **65**

## SIXTH DEFENSE

To the extent Plaintiffs' First Amended Complaint asserts claims based on theories of vicarious liability, if any, fail to state a claim against Defendant McKinney for which relief may be granted.

## SEVENTH DEFENSE

Defendant McKinney's alleged actions or inactions were not the proximate or contributory causes of Plaintiffs' alleged injuries and Plaintiffs' alleged injuries were caused by the actions or inactions of parties other than this Defendant.

## EIGHTH DEFENSE

Plaintiffs are not entitled to liquidated or punitive damages because Defendant McKinney did not engage in any willful misconduct, nor did he take any action, fail to take any action, or engage in any conduct with malice or reckless indifference to Plaintiffs' constitutional rights or any other of Plaintiffs.

## NINTH DEFENSE

Subject to the foregoing affirmative defenses, and without waiving any of the same, Defendant McKinney responds to the specific allegations of Plaintiffs' First Amended Complaint as follows:

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **3** of **65**

1.

Defendant DENIES the allegations in Paragraph 1 of Plaintiffs'
Amended Complaint.

2.

Defendant is without sufficient knowledge or information to admit or
deny the allegations in Paragraph 2 of Plaintiffs' Amended Complaint and the
same are therefore DENIED by operation of law.

3.

Defendant DENIES the allegations in Paragraph 3 of Plaintiffs'
Amended Complaint.

4.

Defendant is without sufficient knowledge or information to admit or
deny the allegations in Paragraph 4 of Plaintiffs' Amended Complaint and the
same are therefore DENIED by operation of law.

5.

Defendant DENIES the allegations in Paragraph 5 of Plaintiffs'
Amended Complaint.

6.

Defendant is without sufficient knowledge or information to admit or
deny the allegations in Paragraph 6 of Plaintiffs' Amended Complaint and the
same are therefore DENIED by operation of law.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **4** of **65**

7.

The allegations in Paragraph 7 of Plaintiffs' Amended Complaint are legal conclusions to which no response is required; further, Defendant is without sufficient knowledge or information to admit or deny those allegations and the same are therefore DENIED.

8.

Defendant DENIES the allegations in Paragraph 8 of Plaintiffs' Amended Complaint.

9.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 9 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

10.

Defendant ADMITS, in part, the allegations in Paragraph 10 of Plaintiffs' Amended Complaint to the extent that Alexis Sluder was in correctional custody. All remaining allegations in Paragraph 10 of Plaintiffs' Amended complaint are DENIED.

11.

The allegations contained in Paragraph 11 of Plaintiffs' Amended Complaint are legal conclusions to which no response is required. To the extent

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **5** of **65**

a response is required, Defendant DENIES the allegations in Paragraph 11 of Plaintiffs' Amended Complaint.

12.

Defendant DENIES the allegations in Paragraph 12 of Plaintiffs' Amended Complaint.

13.

Defendant DENIES the allegations in Paragraph 13 of Plaintiffs' Amended Complaint.

14.

Defendant DENIES the allegations in Paragraph 14 of Plaintiffs' Amended Complaint.

**JURISDICTION**

15.

Defendant ADMITS the allegations in Paragraph 15 of Plaintiffs' Amended Complaint.

16.

Defendant ADMITS the allegations in Paragraph 16 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **6** of **65**

17.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 17 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

18.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 18 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

19.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 19 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

20.

Defendant ADMITS the allegations in Paragraph 20 of Plaintiffs' Amended Complaint.

21.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 21 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **7** of **65**

22.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 22 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

**PARTIES**

23.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 23 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

24.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 24 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

25.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 25 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

26.

Defendant ADMITS the allegations in Paragraph 26 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **8** of **65**

27.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 27 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

28.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 28 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

29.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 29 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

30.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 30 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

31.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 31 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **9** of 65

32.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 32 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law

33.

Defendant ADMITS the allegations in Paragraph 33 of Plaintiffs' Amended Complaint.

## FACTS COMMON TO ALL COUNTS

34.

Defendant ADMITS the allegations in Paragraph 34 of Plaintiffs' Amended Complaint.

35.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 35 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

36.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 36 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **10** of 65

37.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 37 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

38.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 38 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

39.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 39 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

40.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 40 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

41.

Defendant ADMITS the allegations in Paragraph 41 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **11** of **65**

42.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 42 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

43.

Defendant ADMITS the allegations in Paragraph 43 of Plaintiffs' Amended Complaint.

44.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 44 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

45.

Defendant ADMITS the allegations in Paragraph 45 of Plaintiffs' Amended Complaint.

46.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 47 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **12** of 65

47.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 47 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

48.

Defendant ADMITS the allegations in Paragraph 48 of Plaintiffs' Amended Complaint.

50.

Defendant ADMITS the allegations in Paragraph 50 of Plaintiffs' Amended Complaint.

51.

Defendant ADMITS the allegations in Paragraph 51 of Plaintiffs' Amended Complaint.

52.

Defendant ADMITS the allegations in Paragraph 52 of Plaintiffs' Amended Complaint.

53.

Defendant ADMITS the allegations in Paragraph 53 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **13** of **65**

54.

Defendant ADMITS the allegations in Paragraph 54 of Plaintiffs' Amended Complaint.

55.

Defendant ADMITS the allegations in Paragraph 55 of Plaintiffs' Amended Complaint.

56.

Defendant is without sufficient knowledge or information to admit or deny the allegations in Paragraph 56 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

57.

Defendant ADMITS the allegations in Paragraph 57 of Plaintiffs' Amended Complaint.

58.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 58 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

59.

Defendant ADMITS the allegations in Paragraph 59 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **14** of **65**

60.

Defendant ADMITS the allegations in Paragraph 60 of Plaintiffs'
Amended Complaint.

61.

Defendant ADMITS the allegations in Paragraph 61 of Plaintiffs'
Amended Complaint.

62.

Defendant ADMITS the allegations in Paragraph 62 of Plaintiffs'
Amended Complaint.

63.

Defendant ADMITS the allegations in Paragraph 63 of Plaintiffs'
Amended Complaint.

64.

Defendant lacks sufficient knowledge to admit or deny the allegations in
Paragraph 64 of Plaintiffs' Amended Complaint and the same are therefore
DENIED.

65.

Defendant lacks sufficient knowledge to admit or deny the allegations in
Paragraph 65 of Plaintiffs' Amended Complaint and the same are therefore
DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **15** of **65**

66.

Defendant ADMITS the allegations in Paragraph 66 of Plaintiffs' Amended Complaint.

67.

Defendant ADMITS the allegations in Paragraph 67 of Plaintiffs' Amended Complaint.

68.

Defendant ADMITS the allegations in Paragraph 68 of Plaintiffs' Amended Complaint.

69.

Defendant ADMITS the allegations in Paragraph 69 of Plaintiffs' Amended Complaint.

70.

Defendant ADMITS the allegations in Paragraph 70 of Plaintiffs' Amended Complaint.

71.

Defendant ADMITS the allegations in Paragraph 71 of Plaintiffs' Amended Complaint.

72.

Defendant ADMITS the allegations in Paragraph 72 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **16** of **65**

73.

Defendant ADMITS the allegations in Paragraph 73 of Plaintiffs'
Amended Complaint.

74.

Defendant ADMITS the allegations in Paragraph 74 of Plaintiffs'
Amended Complaint.

75.

Defendant ADMITS the allegations in Paragraph 75 of Plaintiffs'
Amended Complaint.

76.

Defendant ADMITS the allegations in Paragraph 76 of Plaintiffs'
Amended Complaint.

77.

Defendant ADMITS the allegations in Paragraph 77 of Plaintiffs'
Amended Complaint.

78.

Defendant ADMITS the allegations in Paragraph 78 of Plaintiffs'
Amended Complaint.

79.

Defendant ADMITS the allegations in Paragraph 79 of Plaintiffs'
Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **17** of **65**

80.

Defendant ADMITS the allegations in Paragraph 80 of Plaintiffs' Amended Complaint.

81.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 81 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

82.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 82 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

83.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 83 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

84.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 84 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **18** of **65**

85.

Defendant DENIES the allegations in Paragraph 85 of Plaintiffs' Amended Complaint.

86.

Defendant ADMITS the allegations in Paragraph 86 of Plaintiffs' Amended Complaint.

87.

Defendant ADMITS the allegations in Paragraph 87 of Plaintiffs' Amended Complaint.

88.

Defendant ADMITS the allegations in Paragraph 88 of Plaintiffs' Amended Complaint.

89.

Defendant ADMITS the allegations in Paragraph 89 of Plaintiffs' Amended Complaint.

90.

Defendant ADMITS the allegations in Paragraph 90 of Plaintiffs' Amended Complaint.

91.

Defendant ADMITS the allegations in Paragraph 91 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **19** of **65**

92.

Defendant ADMITS the allegations in Paragraph 92 of Plaintiffs' Amended Complaint.

93.

Defendant ADMITS the allegations in Paragraph 93 of Plaintiffs' Amended Complaint.

94.

Defendant DENIES the allegations in Paragraph 94 of Plaintiffs' Amended Complaint.

95.

Defendant ADMITS the allegations in Paragraph 95 of Plaintiffs' Amended Complaint.

96.

Defendant ADMITS the allegations in Paragraph 96 of Plaintiffs' Amended Complaint.

97.

Defendant ADMITS the allegations in Paragraph 97 of Plaintiffs' Amended Complaint.

98.

Defendant ADMITS the allegations in Paragraph 98 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **20** of **65**

99.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 99 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

100.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 100 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

101.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 101 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

102.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 102 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

103.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 103 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **21** of **65**

104.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 104 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

105.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 105 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

106.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 106 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

107.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 107 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

108.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 108 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **22** of **65**

109.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 109 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

110.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 110 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

111.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 111 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

112.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 112 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

113.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 113 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

114.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **23** of **65**

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 114 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 115.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 115 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 116.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 116 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 117.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 117 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 118.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 118 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **24** of **65**

119.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 119 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

120.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 120 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

121.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 121 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

122.

Defendant ADMITS the allegations in Paragraph 122 of Plaintiffs' Amended Complaint.

123.

Defendant ADMITS the allegations in Paragraph 123 of Plaintiffs' Amended Complaint.

124.

Defendant ADMITS the allegations in Paragraph 124 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **25** of **65**

125.

Defendant ADMITS the allegations in Paragraph 125 of Plaintiffs' Amended Complaint.

126.

Defendant ADMITS the allegations in Paragraph 126 of Plaintiffs' Amended Complaint.

127.

Defendant ADMITS the allegations in Paragraph 127 of Plaintiffs' Amended Complaint.

128.

Defendant ADMITS the allegations in Paragraph 128 of Plaintiffs' Amended Complaint.

129.

Defendant ADMITS the allegations in Paragraph 129 of Plaintiffs' Amended Complaint.

130.

Defendant ADMITS the allegations in Paragraph 130 of Plaintiffs' Amended Complaint.

131.

Defendant ADMITS the allegations in Paragraph 131 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **26** of **65**

132.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 132 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

133.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 133 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

134.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 134 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

135.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 135 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

136.

Defendant DENIES the allegations in Paragraph 136 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **27** of **65**

## 137.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 137 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 138.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 138 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 139.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 139 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 140.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 140 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 141.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 141 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **28** of **65**

142.

Defendant DENIES the allegations in Paragraph 142 of Plaintiffs' Amended Complaint as stated and to the extent it is implied that Defendant's request would have been honored or that it would have prompted any other State employee to act.

143.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 143 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

144.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 144 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

145.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 145 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

146.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 146 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **29** of **65**

147.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 147 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

148.

Defendant DENIES the allegations in Paragraph 148 of Plaintiffs' Amended Complaint as stated.

149.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 149 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

150.

Defendant DENIES the allegations in Paragraph 150 of Plaintiffs' Amended Complaint.

151.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 151 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **30** of **65**

152.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 152 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

153.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 153 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

154.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 154 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

155.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 155 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

156.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 156 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **31** of **65**

157.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 157 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

158.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 158 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

159.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 159 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

160.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 160 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

161.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 161 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **32** of **65**

162.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 162 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

163.

Defendant ADMITS the allegations in Paragraph 163 of Plaintiffs' Amended Complaint.

164.

Defendant DENIES the allegations in Paragraph 164 of Plaintiffs' Amended Complaint.

165.

Defendant DENIES the allegations in Paragraph 165 of Plaintiffs' Amended Complaint.

166.

Defendant DENIES the allegations in Paragraph 166 of Plaintiffs' Amended Complaint.

167.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 167 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **33** of **65**

## 168.

Defendant DENIES the allegations in Paragraph 168 of Plaintiffs' Amended Complaint.

## 169.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 169 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 170.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 170 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 171.

Defendant DENIES the allegations in Paragraph 171 of Plaintiffs' Amended Complaint.

## 172.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 172 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 173.

Defendant ADMITS the allegations in Paragraph 173 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **34** of **65**

174.

Defendant DENIES the allegations in Paragraph 174 of Plaintiffs' Amended Complaint.

175.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 175 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

176.

Defendant DENIES the allegations in Paragraph 176 of Plaintiffs' Amended Complaint as stated to the extent that it does not reflect the chain of command hierarchy during a medical emergency.

177.

Defendant DENIES the allegations in Paragraph 177 of Plaintiffs' Amended Complaint.

178.

Defendant ADMITS the allegations in Paragraph 178 of Plaintiffs' Amended Complaint.

179.

Defendant DENIES the allegations in Paragraph 179 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **35** of **65**

180.

Defendant DENIES the allegations in Paragraph 180 of Plaintiffs' Amended Complaint.

181.

Defendant ADMITS the allegations in Paragraph 181 of Plaintiffs' Amended Complaint.

182.

Defendant ADMITS the allegations in Paragraph 182 of Plaintiffs' Amended Complaint.

183.

Defendant is without knowledge or information sufficient to admit or deny the allegations in Paragraph 183 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

184.

Defendant is without knowledge or information sufficient to admit or deny the allegations in Paragraph 184 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

185.

Defendant DENIES the allegations in Paragraph 185 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **36** of 65

186.

Defendant DENIES the allegations in Paragraph 186 of Plaintiffs' Amended Complaint as stated.

187.

Defendant is without knowledge or information sufficient to admit or deny the allegations in Paragraph 187 of Plaintiffs' Amended Complaint and the same are therefore DENIED by operation of law.

188.

Defendant DENIES the allegations is Paragraph 188 of Plaintiff's Amended Complaint as stated.

189.

Defendant ADMITS the allegations in Paragraph 189 of Plaintiffs' Amended Complaint.

190.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 190 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

191.

Defendant DENIES the allegations in Paragraph 191 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **37** of **65**

192.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 192 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

193.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 193 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

194.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 194 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

195.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 195 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

196.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 196 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **38** of **65**

## 42 U.S.C. SECTION 1983—FOURTEENTH AMENDMENT
### *Plaintiffs v. Rebecka Phillips*

197.

Defendant incorporates his responses to Paragraphs 1–196 of Plaintiffs' Amended Complaint as if stated in the section herein.

198.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 198 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

199.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 199 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

200.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 200 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

201.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 201 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **39** of **65**

202.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 202 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

203.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 203 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

204.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 204 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

205.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 205 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

206.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 206 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **40** of **65**

207.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 207 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

208.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 208 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

209.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 209 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

210.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 210 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

211.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 211 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **41** of **65**

212.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 212 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

213.

Defendant DENIES the allegations in Paragraph 213 of Plaintiffs' Amended Complaint.

214.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 214 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

215.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 215 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

216.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 216 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **42** of **65**

217.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 217 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 42 U.S.C. SECTION 1983—FOURTEENTH AMENDMENT
### *Plaintiffs v. Maevis Brooks*

218.

Defendant incorporates his responses to Paragraphs 1–217 of Plaintiffs' Amended Complaint as if stated in the section herein.

219.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 219 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

220.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 220 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

221.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 221 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **43** of **65**

222.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 222 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

223.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 223 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

224.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 224 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

225.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 225 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

226.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 226 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **44** of **65**

227.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 227 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

228.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 228 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

229.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 229 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

230.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 230 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

231.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 231 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **45** of **65**

232.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 232 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

233.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 233 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

234.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 234 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

235.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 235 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

236.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 236 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **46** of **65**

237.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 237 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

238.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 238 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

239.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 239 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 42 U.S.C. SECTION 1983—FOURTEENTH AMENDMENT
### *Plaintiffs v. Russell Ballard*

240.

Defendant incorporates his responses to Paragraphs 1–239 of Plaintiffs' Amended Complaint as if stated in the section herein.

241.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 241 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **47** of **65**

242.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 242 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

243.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 243 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

244.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 244 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

245.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 245 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

246.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 246 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **48** of **65**

247.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 247 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

248.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 248 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

249.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 249 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

250.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 250 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

251.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 251 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **49** of **65**

252.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 252 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

253.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 253 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

254.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 254 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

255.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 255 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

256.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 256 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **50** of **65**

## 42 U.S.C. SECTION 1983—FOURTEENTH AMENDMENT
### *Plaintiffs v. David McKinney*

### 257.

Defendant incorporates his responses to Paragraphs 1–256 of Plaintiffs' Amended Complaint as if stated in the section herein.

### 258.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 258 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

### 259.

Defendant DENIES the allegations in Paragraph 259 of Plaintiffs' Amended Complaint.

### 260.

Defendant DENIES the allegations in Paragraph 260 of Plaintiffs' Amended Complaint.

### 261.

Defendant ADMITS the allegations in Paragraph 261 of Plaintiffs' Amended Complaint.

### 262.

Defendant ADMITS the allegations in Paragraph 262 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **51** of **65**

263.

Defendant DENIES the allegations in Paragraph 263 of Plaintiffs' Amended Complaint.

264.

Defendant ADMITS the allegations in Paragraph 264 of Plaintiffs' Amended Complaint.

265.

Defendant DENIES the allegations in Paragraph 265 of Plaintiffs' Amended Complaint.

266.

Defendant DENIES the allegations in Paragraph 266 of Plaintiffs' Amended Complaint.

267.

Defendant DENIES the allegations in Paragraph 267 of Plaintiffs' Amended Complaint.

268.

Defendant DENIES the allegations in Paragraph 268 of Plaintiffs' Amended Complaint.

269.

Defendant DENIES the allegations in Paragraph 269 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **52** of **65**

270.

Defendant DENIES the allegations in Paragraph 270 of Plaintiffs'
Amended Complaint.

271.

Defendant ADMITS the allegations in Paragraph 271 of Plaintiffs'
Amended Complaint.

272.

Defendant DENIES the allegations in Paragraph 272 of Plaintiffs'
Amended Complaint.

273.

Defendant DENIES the allegations in Paragraph 273 of Plaintiffs'
Amended Complaint.

274.

Defendant DENIES the allegations in Paragraph 274 of Plaintiffs'
Amended Complaint.

275.

Defendant DENIES the allegations in Paragraph 275 of Plaintiffs'
Amended Complaint.

276.

Defendant DENIES the allegations in Paragraph 276 of Plaintiffs'
Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **53** of **65**

## 277.

Defendant DENIES the allegations in Paragraph 277 of Plaintiffs' Amended Complaint.

## 278.

Defendant DENIES the allegations in Paragraph 278 of Plaintiffs' Amended Complaint.

## 279.

Defendant DENIES the allegations in Paragraph 279 of Plaintiffs' Amended Complaint.

## 280.

Defendant DENIES the allegations in Paragraph 280 of Plaintiffs' Amended Complaint.

## 281.

Defendant DENIES the allegations in Paragraph 281 of Plaintiffs' Amended Complaint.

## 282.

Defendant DENIES the allegations in Paragraph 282 of Plaintiffs' Amended Complaint.

## 283.

Defendant DENIES the allegations in Paragraph 283 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **54** of **65**

284.

Defendant DENIES the allegations in Paragraph 284 of Plaintiffs' Amended Complaint.

285.

Defendant DENIES the allegations in Paragraph 285 of Plaintiffs' Amended Complaint.

286.

Defendant DENIES the allegations in Paragraph 286 of Plaintiffs' Amended Complaint.

287.

Defendant DENIES the allegations in Paragraph 287 of Plaintiffs' Amended Complaint.

288.

Defendant DENIES the allegations in Paragraph 288 of Plaintiffs' Amended Complaint.

289.

Defendant DENIES the allegations in Paragraph 289 of Plaintiffs' Amended Complaint.

290.

Defendant DENIES the allegations in Paragraph 290 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **55** of **65**

291.

Defendant DENIES the allegations in Paragraph 291 of Plaintiffs' Amended Complaint.

292.

Defendant DENIES the allegations in Paragraph 292 of Plaintiffs' Amended Complaint.

293.

Defendant DENIES the allegations in Paragraph 293 of Plaintiffs' Amended Complaint.

294.

Defendant DENIES the allegations in Paragraph 294 of Plaintiffs' Amended Complaint.

295.

Defendant DENIES the allegations in Paragraph 295 of Plaintiffs' Amended Complaint.

296.

Defendant DENIES the allegations in Paragraph 296 of Plaintiffs' Amended Complaint.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **56** of **65**

## 42 U.S.C. SECTION 1983—FOURTEENTH AMENDMENT
### *Plaintiffs v. Monica Headrick*

#### 297.

Defendant incorporates his responses to Paragraphs 1–296 of Plaintiffs' Amended Complaint as if stated in the section herein.

#### 298.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 298 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

#### 299.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 299 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

#### 300.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 300 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

#### 301.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 301 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **57** of **65**

302.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 302 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

303.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 303 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

304.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 304 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

305.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 305 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

306.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 306 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **58** of **65**

307.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 307 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

308.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 308 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

309.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 309 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

310.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 310 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

311.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 311 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **59** of **65**

312.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 312 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

313.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 313 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

314.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 314 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

315.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 315 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

## 42 U.S.C. SECTION 1983—FOURTEENTH AMENDMENT
### *Plaintiffs v. Sharon Ellis*

316.

Defendant incorporates his responses to Paragraphs 1–315 of Plaintiffs' Amended Complaint as if stated in the section herein.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **60** of **65**

317.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 317 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

318.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 318 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

319.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 319 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

320.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 320 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

321.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 321 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **61** of **65**

322.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 322 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

323.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 323 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

324.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 324 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

325.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 325 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

326.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 326 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **62** of **65**

327.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 327 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

328.

Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 328 of Plaintiffs' Amended Complaint and the same are therefore DENIED.

329.

Defendant DENIES any remaining allegations in Plaintiffs' Amended Complaint to which a response was not given above, or which have neither been admitted or denied by this Defendant.

**WHEREFORE**, having fully answered each of the allegations contained in Plaintiffs' Amended Complaint, Defendant McKinney prays that that this Court enter judgment in his favor, dismiss Plaintiffs' Amended Complaint with prejudice, and afford Defendant such other and further relief as it deems necessary and proper.

Respectfully submitted this <u>26th</u> day of June 2025.

*{signature block on following page}*

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **63** of **65**

GANNAM GNANN & STEINMETZ, LLC

By: /s/ Garrett R. Greiner
GARRETT R. GREINER
Georgia State Bar No. 874451

*Attorney for Defendant David McKinney*

Post Office Box 10085
Savannah, Georgia 31412
(912) 232-1192
ggreiner@ggsattorneys.com

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **64** of **65**

## CERTIFICATE OF SERVICE

I certify that I have on this day served all parties in this case in accordance with the required Notice of Electronic Filing (ECF) by filing the foregoing with the Clerk of Court using the CM/ECF system which automatically generates electronic notification of such filing all counsel of record including:

| | |
|---|---|
| **Harold Boone, Jr., Esq.**<br>*The Boone Firm, P.C.*<br>100 Hartsfield Center Pkwy.<br>Suite 100<br>Atlanta, GA 30354<br>hboonejr@boonefirm.com | **Sam Harton, Esq.**<br>*Romanucci and Blandin, LLC*<br>321 N. Clark Street<br>Chicago, IL 60654<br>sharton@rblaw.net |
| **Annarita L. McGovern, Esq.**<br>*Annarita McGovern Law, LLC*<br>125 Stonemist Court<br>Roswell, Georgia 30076<br>annarita@amcgovernlaw.com | **Timothy J. Buckley III, Esq.**<br>2970 Clairmont Road, NE<br>Suite 650<br>Atlanta, Georgia 30329<br>tbuckley@bchlawpc.com |

This <u>26th</u> day of June 2025.

GANNAM GNANN & STEINMETZ, LLC

By: /s/ Garrett R. Greiner
GARRETT R. GREINER
Georgia State Bar No. 874451

*Attorney for Defendant David McKinney*

Post Office Box 10085
Savannah, Georgia 31412
(912) 232-1192
ggreiner@ggsattorneys.com

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **65** of 65