# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| MELANIE HOGAN SLUDER, et al.<br><br>Plaintiff,<br><br>v.<br><br>REBECKA PHILLIPS, et al.,<br><br>Defendants. | Civil Action File No.:<br>4:24-cv-00181-WMR |

## DEFENDANT SHARON ELLIS' MOTION FOR SUMMARY JUDGMENT

Defendant Sharon Ellis moves for summary judgment in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1. Summary judgment should be granted in favor of Ellis because there are no genuine issues of material fact and Ellis is entitled to judgment as a matter of law in her favor. In support of her Motion, Ellis relies upon the pleadings, her Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried, Memorandum of Law in Support of Motion for Summary Judgment, and the attached Exhibit, which is incorporated into this Motion.

Ellis respectfully requests that, upon full consideration of her Motion for

1

Summary Judgment, this Honorable Court enter an order granting summary judgment in his favor on all of Plaintiffs' claims against her.

          Respectfully submitted by:

          WOMACK, RODHAM & RAY, P.C.

          */s/ Ronald R. Womack*
          Georgia Bar No. 773650
          rwomack@wrrlawfirm.com

          */s/ Ryan L. Ray*
          Georgia Bar No. 561765
          rray@wrrlawfirm.com

P.O. Box 549
109 East Patton Street
LaFayette, Georgia 30728
Tel: (706) 638-2234
Fax: (706) 638-3173

          ATTORNEYS FOR DEFENDANT
          SHARON ELLIS

## CERTIFICATE OF SERVICE

On September 17, 2025, I electronically filed *Defendant Sharon Ellis' Motion for Summary Judgment* with the Clerk of Court using the CM/ECF which will automatically provide electronic service of this document to all counsel of record.

        Submitted by:

        WOMACK, RODHAM & RAY, P.C.

        */s/ Ryan L. Ray*
        Georgia Bar No. 561765
        rray@wrrlawfirm.com

P.O. Box 549
109 East Patton Street
LaFayette, Georgia 30728
Tel: (706) 638-2234
Fax: (706) 638-3173

        OF COUNSEL FOR DEFENDANT
        SHARON ELLIS