# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| Melanie Hogan Sluder et al., | ) |
| Plaintiffs, | ) Case No. 4:24-cv-00181 |
| v. | ) |
| Rebecka Phillips, et al, | ) |
| Defendants. | ) |

## ORDER

Upon the plaintiff's unopposed Motion to Vacate Discovery Schedule and Other Relief dated July 15, 2025, there being no opposition to the motion, the Court, having considered the papers submitted by counsel,

HEREBY ORDERS THAT:

a) The deadline to complete discovery by August 18, 2025, is VACATED.

b) The deadline to file Summary Judgment Motions by September 17, 2025 is VACATED.

c) Defendants Phillips, Brooks, McKinney, and Headrick are ORDERED to file a report explaining the current status of their criminal case on or before the 20th day of each month, beginning in October.

d) The parties are ORDERED to continue making diligent efforts to complete any discovery which is not subject to any stay in this case.

This 22nd day of September, 2025.



WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

1