# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| MELANIE HOGAN SLUDER and RICKY SHAWN CURTIS, Individually and as Independent Administrators of the ESTATE OF ALEXIS MARIE SLUDER, Deceased,<br><br>*Plaintiffs,*<br><br>vs.<br><br>REBECKA PHILLIPS, MAVEIS BROOKS, RUSSELL BALLARD, DAVID MCKINNEY, MONICA HEADRICK, SHARON ELLIS, and GILMER COUNTY (A MUNICIPAL CORPORATION),<br><br>*Defendants.* | Civil Action File No.<br>4:24-CV-00181-WMR |

## DEFENDANT DAVID MCKINNEY'S STATUS REPORT RE: WHITFIELD COUNTY CRIMINAL CASE

**NOW COMES** above-named Defendant, David McKinney ("McKinney"), by and through the undersigned counsel, and pursuant to this Court's Order of September 22, 2025 [Doc. 120],[1] files this status report concerning the ongoing criminal case against McKinney arising from the same incident at issue in the instant lawsuit.

Mr. McKinney is currently scheduled to appear before the Superior Court of Whitfield County on December 16, 2025, for a status conference and

---

[1] Through no fault of Defendant McKinney, counsel failed to file this status report by the 20th day of the month as directed, believing it was to be filed within 30 days of the original Order. Counsel will hereafter provide these reports as directed by the Order.

preliminary calendar call. No date has been set for McKinney's trial. Local criminal counsel for McKinney previously conveyed that McKinney will not be the first defendant to be tried of those individual co-defendants named above who are also under indictment.

Respectfully submitted this 22nd day of October 2025.

          GANNAM GNANN & STEINMETZ, LLC

        By: /s/ Garrett R. Greiner
           GARRETT R. GREINER
           Georgia State Bar No. 874451

         *Attorney for Defendant David McKinney*

Post Office Box 10085
Savannah, Georgia 31412
(912) 232-1192
ggreiner@ggsattorneys.com

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **2** of **3**

## **CERTIFICATE OF SERVICE**

I certify that I have on this day served all parties in this case in accordance with the required Notice of Electronic Filing (ECF) by filing the foregoing with the Clerk of Court using the CM/ECF system which automatically generates electronic notification of such filing to all counsel of record.

This 22nd day of October 2025.

            GANNAM GNANN & STEINMETZ, LLC

        By: /s/ Garrett R. Greiner
            GARRETT R. GREINER
            Georgia State Bar No. 874451

            *Attorney for Defendant David McKinney*

Post Office Box 10085
Savannah, Georgia 31412
(912) 232-1192
ggreiner@ggsattorneys.com

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **3** of **3**