IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MELANIE HOGAN SLUDER and RICKY SHAWN CURTIS, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATORS OF THE ESTATE OF ALEXIS MARIE SLUDER, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>REBECKA PHILLIPS, MAVEIS BROOKS, RUSSELL BALLARD, DAVID MCKINNEY, MONICA HEADRICK, and SHARON ELLIS,<br><br>Defendants. | CASE NO.<br>4:24-cv-00181-WMR |

**DEFENDANT REBECKA PHILLIPS' MONTHLY REPORT EXPLAINING CRIMINAL CASE STATUS**

Defendant Rebecka Phillips files her report explaining the current status of the criminal action filed against her, pursuant to the Court's September 22, 2025 Order (Dkt. 120).

- 2 -

Ms. Phillips' criminal defense counsel has indicated that a Jackson-Denno hearing is scheduled for November 4, 2025, and that a 2026 trial date will be identified at some point after that hearing.

This 22nd day of October, 2025.

| | |
|---|---|
| **MCRAE BERTSCHI & COLE LLC**<br>1872 Independence Square, Suite D<br>Dunwoody, Georgia 30338 | */s/ Charles J. Cole*<br>Charles J. Cole<br>Georgia Bar No. 176704<br>cjc@mcraebertschi.com<br>678.999.1105<br><br>*Counsel for Defendant Phillips* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MELANIE HOGAN SLUDER and RICKY SHAWN CURTIS, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATORS OF THE ESTATE OF ALEXIS MARIE SLUDER, DECEASED,<br><br>    Plaintiffs,<br><br>v.<br><br>REBECKA PHILLIPS, MAVEIS BROOKS, RUSSELL BALLARD, DAVID MCKINNEY, MONICA HEADRICK, and SHARON ELLIS,<br><br>    Defendants. | CASE NO.<br>4:24-cv-00181-WMR |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, I filed the foregoing document in the captioned case using the Court's ECF electronic filing

- 4 -

system, which will generate a Notice of Electronic Filing and which constitutes sufficient service under Local Rule 5.1A(3).

This 22nd day of October, 2025.

*/s/ Charles J. Cole*
Charles J. Cole