IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MELANIE HOGAN SLUDER and RICKY SHAWN CURTIS, Individually and as Independent Administrators of the ESTATE OF ALEXIS MARIE SLUDER, Deceased,<br><br>   *Plaintiffs*,<br>vs.<br><br>REBECKA PHILLIPS, MAVEIS BROOKS, RUSSELL BALLARD, DAVID MCKINNEY, MONICA HEADRICK, SHARON ELLIS, and GILMER COUNTY (A MUNICIPAL CORPORATION),<br><br>   *Defendants*. | Civil Action File No.<br>4:24-CV-00181-WMR |

### DEFENDANT DAVID MCKINNEY'S 2ND STATUS REPORT RE: WHITFIELD COUNTY CRIMINAL CASE

**NOW COMES** the above-named Defendant, David McKinney ("McKinney"), through the undersigned counsel, and pursuant to this Court's Order of September 22, 2025 [Doc. 120], files this status report concerning the ongoing criminal case against McKinney arising from the same incident at issue in the instant lawsuit:

There has been no substantive change in the status of McKinney's state criminal case since his prior status report filed on October 22, 2025 [Doc. 125]. Mr. McKinney is currently scheduled to appear before the Superior Court of

Whitfield County on December 16, 2025, for a status conference and preliminary calendar call. No date has been set for McKinney's trial.

Respectfully submitted this 20th day of November 2025.

                                      GANNAM GNANN & STEINMETZ, LLC

By:   /s/ Garrett R. Greiner
        GARRETT R. GREINER
        Georgia State Bar No. 874451

*Attorney for Defendant David McKinney*

Post Office Box 10085
Savannah, Georgia 31412
(912) 232-1192
ggreiner@ggsattorneys.com

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **2** of **3**

## **CERTIFICATE OF SERVICE**

I certify that I have on this day served all parties in this case in accordance with the required Notice of Electronic Filing (ECF) by filing the foregoing with the Clerk of Court using the CM/ECF system which automatically generates electronic notification of such filing to all counsel of record.

This 20th day of November 2025.

                                               GANNAM GNANN & STEINMETZ, LLC

                              By:   /s/ Garrett R. Greiner
                                         GARRETT R. GREINER
                                         Georgia State Bar No. 874451

                                         *Attorney for Defendant David McKinney*

Post Office Box 10085
Savannah, Georgia 31412
(912) 232-1192
ggreiner@ggsattorneys.com

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **3** of **3**