**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| MELANIE H. SLUDER and RICKY S. CURTIS, Individually and as Independent Administrators of the Estate of Alexis M. Sluder, Deceased, | § | |
| *Plaintiffs*, | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-00181-WMR |
| REBECKA PHILLIPS, *et al.* | § | |
| *Defendants*. | § | |

## DEFENDANT MAVEIS BROOKS' CRIMINAL CASE STATUS REPORT

COMES NOW, Defendant Maveis Brooks, in accordance with the Court's September 22, 2025, Order, with a status report of her pending criminal case.

Defendant Brooks believes that a tentative trial date has been set in the criminal matter for March 2026. Defendant Brooks is unaware of any hearings scheduled before March 2026, but the undersigned will timely notify the Court should that knowledge change.

Respectfully submitted this 21st day of November 2025.

**HENEFELD & GREEN, P.C.**

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant Brooks*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing Status Update of Defendant Maveis Brooks' Criminal Case, using the CM/ECF system which will automatically send notice of the filing to all counsel of record.

This 21st day of November 2025.

**HENEFELD & GREEN, P.C.**

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant Brooks*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com