IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MELANIE H. SLUDER and RICKY S. CURTIS, Individually and as Independent Administrators of the Estate of Alexis M. Sluder, Deceased, <br><br> *Plaintiffs*, <br> v. <br><br> REBECKA PHILLIPS, *et al.* <br><br> *Defendants*. | § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. <br> 4:24-cv-00181-WMR |

## **DEFENDANT MAVEIS BROOKS' CRIMINAL CASE STATUS REPORT**

COMES NOW, Defendant Maveis Brooks, in accordance with the Court's September 22, 2025, Order, with a status report of her pending criminal case.

There have been no changes since Defendant Brooks' prior status report, Doc. 131.

Respectfully submitted this 23rd day of December 2025.

**HENEFELD & GREEN, P.C.**

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant Brooks*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com

1

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing Status Update of Defendant Maveis Brooks' Criminal Case, using the CM/ECF system which will automatically send notice of the filing to all counsel of record.

This 23rd day of December 2025.

**HENEFELD & GREEN, P.C.**

/s/ Noah Green
Noah Green
Georgia Bar No. 468138
*Attorney for Defendant Brooks*

3017 Bolling Way NE, Suite 129
Atlanta, Georgia 30305
(404) 841-1275
ngreen@henefeldgreen.com