UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| MELANIE HOGAN SLUDER and<br>RICKY SHAWN CURTIS, Individually and<br>as Independent Administrators of the Estate<br>of Alexas Marie Sluder, Deceased,<br><br>     Plaintiffs,<br><br>v.<br><br>REBECKA PHILLIPS, MAVEIS BROOKS,<br>RUSSELL BALLARD, SHARON ELLIS,<br>DAVID MCKINNEY, MONICA<br>HEADRICK,<br><br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE NO.:<br>4:24-cv-00181-WMR |

## DEFENDANT MONICA HEADRICK'S CRIMINAL CASE STATUS REPORT

COMES NOW Defendant Monica Headrick ("Defendant Headrick"), by and through her undersigned counsel of record, and in accordance with the Court's Order dated September 22, 2025, files this report concerning the status of the criminal case against her arising from this incident.

Defendant Headrick appeared in the Superior Court of Whitfield County on February 3, 2026, for a peremptory calendar call. Defendant Headrick was advised at the peremptory call that she would need to reappear for another call on April 28, 2026. No date has been set for Defendant Headrick's trial.

This 18th day of February, 2026.

Respectfully submitted,

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III

2970 Clairmont Road NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com

TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
Attorney for Defendant Headrick

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2026, I electronically filed and served the

DEFENDANT MONICA HEADRICK'S CRIMINAL CASE STATUS REPORT

upon counsel for Plaintiffs using the CM/ECF which will automatically send

notification of such filing to attorneys of record as follows:

Harold Boone, Jr., Esq.
The Boone Firm P.C.
100 Hartsfield Center
Suite 100
Atlanta, Georgia 30354
hboonejr@boonefirm.com

Sam Harton, Esq.
Romanucci & Blandin, LLC
321 N. Clark St.
Chicago, IL 60654
sharton@rblaw.net

Respectfully submitted,[1]

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
Attorney for Defendant Headrick

2970 Clairmont Road NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)
tbuckley@bchlawpc.com

---

[1] This is to further certify that this document was prepared in Times New Roman font, 14 point, in compliance with Local Rule 5.1(C).