**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

MELANIE HOGAN SLUDER and
RICKY SHAWN CURTIS, Individually
and as Independent Administrators
of the ESTATE OF ALEXIS MARIE
SLUDER, Deceased,

                    *Plaintiffs*,

      vs.

REBECKA PHILLIPS, MAVEIS
BROOKS, RUSSELL BALLARD,
DAVID MCKINNEY, MONICA
HEADRICK, SHARON ELLIS, and
GILMER COUNTY (A MUNICIPAL
CORPORATION),

           *Defendants*.

Civil Action File No.
4:24-CV-00181-WMR

**DEFENDANT DAVID MCKINNEY'S STATUS REPORT
RE: WHITFIELD COUNTY CRIMINAL CASE**

**NOW COMES** the above-named Defendant, David McKinney ("McKinney"), through the undersigned counsel, and pursuant to this Court's Order of September 22, 2025 [Doc. 120], files this status report concerning the ongoing criminal case against McKinney arising from the same incident at issue in the instant lawsuit:

As of March 16, 2026, the criminal case against David McKinney has been **DISMISSED** by the Whitefield County District Attorney and will not proceed to trial. Upon information and belief, the criminal cases against the other co-defendants named in this civil suit who were indicted for state crimes arising from the death of Alexis Sluder have also been dismissed.

Respectfully submitted this 18th day of March 2026.

**GANNAM GNANN & STEINMETZ, LLC**

By:    /s/ Garrett R. Greiner
        GARRETT R. GREINER
        Georgia State Bar No. 874451

        *Attorney for Defendant David McKinney*

Post Office Box 10085
Savannah, Georgia 31412
(912) 232-1192
ggreiner@ggsattorneys.com

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **2** of **3**

## CERTIFICATE OF SERVICE

I certify that I have on this day served all parties in this case in accordance with the required Notice of Electronic Filing (ECF) by filing the foregoing with the Clerk of Court using the CM/ECF system which automatically generates electronic notification of such filing to all counsel of record.

This 16th day of March 2025.

GANNAM GNANN & STEINMETZ, LLC

By:    /s/ Garrett R. Greiner
       GARRETT R. GREINER
       Georgia State Bar No. 874451

       *Attorney for Defendant David McKinney*

Post Office Box 10085
Savannah, Georgia 31412
(912) 232-1192
ggreiner@ggsattorneys.com

*Melanie Hogan Sluder et al. vs. Rebecka Phillips et al.*
U.S. District Court for the Northern District of Georgia
Page **3** of **3**