# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

MELANIE HOGAN SLUDER, et al.,

      Plaintiffs,

vs.

REBECKA PHILLIPS, et al.,

      Defendants.

CIVIL ACTION
NO. 4:24-cv-00181-WMR

## ORDER

This matter is before the Court on the recently submitted Status Report [Doc 142]. Counsel are directed to consult with each other and file a joint Status Report within twenty-one (21) days of the date of this Order as to if the parties are ready to proceed and proposed discovery deadlines.

So ORDERED this 18th day of March, 2026.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE