**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| Melanie Hogan Sluder, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:24-cv-00181 |
| | ) | |
| v. | ) | |
| | ) | |
| Rebecka Phillips, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT AND PROPOSED DISCOVERY DEADLINES**

Plaintiffs, on behalf and by agreement of all parties, by and through their attorneys, provide this Status Report and Proposed Discovery Deadlines pursuant to the Court's Order on March 18, 2026. [ECF 143].

This case was filed on July 23, 2024. The operative complaint alleges deliberate indifference on the part of Georgia Department of Juvenile Justice ("DJJ") employees Rebecka Phillips, Maveis Brooks, David McKinney, Monica Headrick, and Russell Ballard (collectively "DJJ Defendants"), as well as Gilmer County Sheriff's Deputy Sharon Ellis. A year after Alexis Sluder's death, the Conasauga Judicial Circuit District Attorney criminally indicted the DJJ Defendants.

The case was initially put on an eight-month discovery track. [ECF 48]. Due to the criminal prosecution, however, multiple DJJ Defendants moved for partial stays of the case, which were ultimately granted. Due to the parties' inability to conduct much of the necessary discovery while the criminal cases were pending, the

Court vacated the initial discovery plan and ordered the DJJ Defendants to periodically provide reports regarding the status of the criminal matters. [ECF 120]. The most recent of those status reports, [ECF 142], notified the Court that the criminal indictments were dismissed.

The parties are now ready to proceed with discovery. During the partial stay, they exchanged and answered written discovery, proceeded with the depositions of Defendant Ballard, Defendant Ellis, and a third-party witness. In addition, the DJJ Defendants participated in an in-person mediation with Plaintiffs. The Plaintiffs' depositions are currently scheduled to proceed on May 12 and 13, 2026. This case, however, involved multiple Defendants and complex legal and medical issues that will necessitate multiple experts and many depositions. Accordingly, the parties propose the following scheduling order:

1. Discovery to close on Friday, December 4, 2026.
2. Summary judgment motions, if any, to be filed on or before January 8, 2027.

The parties anticipate that this discovery schedule would allow them to complete the fact and expert discovery attendant to this case.

/s/ Sam Harton
One of Plaintiff's Attorneys
Romanucci and Blandin, LLC
Sam Harton (pro hac vice)
Stephen Weil
321 N. Clark St. Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sharton@rblaw.net