BUCKLEY CHRISTOPHER HENSEL
Attorneys at Law

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia 30329

404.633.9230 ~ telephone
404.633.9640 ~ facsimile
www.bchlawpc.com

June 12, 2026

Mr. Kevin P. Weimer, Clerk of Court
U.S. District Court, Northern District of Georgia Rome Division
600 East First Street
Rome, Georgia 30161

**Re: Melanie Hogan Sluder, et al. v. Rebecka Phillips, et al.**
**USDC, Northern District of GA (Rome)**
**Civil Action File No: 4:24-cv-00181-WMR**

Dear Mr. Weimer:

Pursuant to Local Rule 83.1(E)(3), I am requesting a leave of absence for personal/family vacation. I respectfully request that the above-referenced case not be calendared during the following:

June 30 – July 10, 2026 Family Vacation
August 7 – August 17, 2026 Family Vacation
November 22 – November 29, 2026 Holidays
December 23, 2026 - January 5, 2027 Holidays
February 19 - March 2, 2027 Out of the Country Mission Trip

Thank you for your consideration.

Best Regards,

/s/ Timothy J. Buckley, Esq.
Timothy J. Buckley III, Esq.
GA State Bar No. 092913
**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

cc: Attorneys of Record